**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-60092**
**Summary Calendar**
_____

**PERRY LEWIS EVANS,**

**Plaintiff-Appellant,**

**versus**

**REGION 8 MENTAL HEALTH AND MENTAL RETARDATION COMMISSION;**
**T. E. COTTEN, JR.,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:96-CV-183LN)
_____

December 8, 1997

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Perry Lewis Evans, plaintiff-appellant, brought suit in federal district court against both his employer and supervisor asserting claims for racial discrimination and retaliation under Title VII and intentional infliction of emotional distress. The district court granted summary judgment in favor of defendants-appellees.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We review a district court's grant of summary judgment de novo. *See Grimes v. Texas Dept. of Mental Health and Mental Retardation*, 102 F.3d 137, 139 (5th Cir. 1996). Summary judgment is appropriate when there is no genuine issue as to any material fact and the movant is entitled to judgment as a matter of law. *See* FED. R. CIV. P. 56(c). Unsubstantiated assertions are not competent summary judgment evidence. *See Grimes*, 102 F.3d at 139.

Appellant's brief is devoid of facts or arguments beyond conclusory allegations supporting his contention that an issue of material fact exists in this case. The court has considered appellant's claims in light of the briefs and pertinent portions of the record. We find no reversible error of fact or law and affirm for essentially the same reasons stated by the district court.

**AFFIRMED.**